IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02341-GPG

**TRAVIS HODSON**,

    Applicant,

v.

**STEVE REAMS**,

    Respondent.

## MINUTE ORDER

ORDER ENTERED BY LEWIS T. BABCOCK, Senior District Judge

    Plaintiff's Motion to Alter or Amend the Judgment (ECF No. 6) filed on November 2, 2015, is **DENIED** because Plaintiff's account shows that he has sufficient funds to pay the required $5.00 filing fee.

Dated:  November 9, 2015