IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02341-GPG

TRAVIS HODSON,

    Applicant,

v.

STEVE REAMS,

    Respondent.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    The matter before the Court is Applicant's *pro se* "Motion to Relief of Judgment Fed. R. Ci. P. 60(b)," ECF No. 15. For the reasons discussed in the January 28, 2016 Order Granting Motion for Reconsideration and Reinstating Case, ECF No. 14, Applicant's Motion is DENIED as moot.

Dated: January 29, 2016